**Order entered August 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00347-CR

**ABELARDO VASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10
Dallas County, Texas
Trial Court Cause No. MA10-31684**

## ORDER

The Court **ORDERS** court reporter Sharina Fowler to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing a copy of State's Exhibit no. 4, the CD of the 911 call.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharina Fowler, official court reporter, County Criminal Court No. 10, and to counsel for all parties.

/s/     DAVID EVANS
JUSTICE